Decided December 21, 1995

SOUTHINGTON '84 ASSOCIATES *v.* SILVER DOLLAR STORES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 608 (AC 13997), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that it was plain error to

render judgment in an amount in excess of the statement re amount in demand?"

The Supreme Court docket number is SC 15338.

*Francis X. Drapeau,* in support of the petition.

*Joseph R. Crispino,* in opposition.

Decided December 21, 1995